UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Dominic A. Mini | Bankruptcy No.25-10426-AMC

Debtor

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 7th day of May, 2025, by first class mail upon those listed below:

Dominic A. Mini
237 Fairview Road
Crum Lynne, PA  19022

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
C/O SADEK & COOPER LAW OFFICES LLC
1500 JFK BOULEVARD, SUITE 220
PHILADELPHIA, PA  19102

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee