# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dominic A. Mini <br>     Debtor(s) <br><br> PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns <br>     Movant <br> vs. <br> Dominic A. Mini <br>     Debtor(s) <br><br> Scott F. Waterman <br>     Trustee | CHAPTER 13 <br><br> NO. 25-10426 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about March 12, 2025.

Dated: August 15, 2025

                                                  Respectfully submitted,

                                                  **/s/ Matthew Fissel**
                                                  Matthew Fissel, Esquire
                                                  Attorney I.D. 314567
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106
                                                  201-549-2363
                                                  bkgroup@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Dominic A. Mini | **BK NO. 25-10426 AMC** |
| Debtor(s) | Chapter 13 |
| **PENNYMAC LOAN SERVICES, LLC** Movant | |
| vs. | |
| Dominic A. Mini | |
| Debtor(s) | |
| **Scott F. Waterman** Trustee | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 8/15/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 8/15/2025

/s/ **Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Dominic A. Mini<br>237 Fairview Road<br>Crum Lynne, PA 19022 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Brad J. Sadek<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard, Ste 220<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave., Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |