| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-10426-AMC

| | |
|---|---|
| Dominic A. Mini | Petition Filed Date: 01/31/2025 |
| 237 Fairview Road | 341 Hearing Date: 02/28/2025 |
| Crum Lynne  PA     19022 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/28/2025 | $125.00 | | 04/08/2025 | $126.00 | | 05/05/2025 | $125.00 | |
| 06/09/2025 | $125.00 | | 07/08/2025 | $126.00 | | | | |

**Total Receipts for the Period:  $627.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $752.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»»  001 | Secured Creditors | $21,685.31 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $617.28 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $785.77 | $0.00 | $0.00 |
| 4 | SPRING OAKS CAPITAL SPV LLC<br>»»  004 | Unsecured Creditors | $2,076.75 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $442.99 | $0.00 | $0.00 |
| 6 | HYUNDAI MOTOR FINANCE COMPANY<br>»»  006 | Secured Creditors | $20,191.20 | $0.00 | $0.00 |
| 7 | VERIZON BY AIS AS AGENT<br>»»  007 | Unsecured Creditors | $421.45 | $0.00 | $0.00 |
| 8 | PENNYMAC  LOAN SERVICES LLC<br>»»  8-2 | Mortgage Arrears | $3,889.68 | $0.00 | $0.00 |
| 9 | PENNYMAC  LOAN SERVICES LLC<br>»»  8-2 | Mortgage Arrears | $6,130.80 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10426-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $752.00 | Current Monthly Payment: | $254.00 |
| Paid to Claims: | $0.00 | Arrearages: | $129.00 |
| Paid to Trustee: | $45.75 | Total Plan Base: | $14,597.00 |
| Funds on Hand: | $706.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.