United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-10426-amc |
|---|---|
| Dominic A. Mini | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominic A. Mini, 237 Fairview Road, Crum Lynne, PA 19022-1020 |
| 14974332 | #+ | AdeptHealth, 220 W Germantown Pike Suite 250,, Plymouth Meeting, PA 19462-1437 |
| 14977692 | + | PENNYMAC LOAN SERVICES, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14974350 | + | Township of Ridley, 100 E. MacDade Boulevard 19033-2511 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14974333 | ^ | MEBN | Oct 17 2025 00:39:38 | Aqua Pennsylvania, 762 W Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14974334 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 17 2025 00:45:32 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 14974335 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:28 | Capital One Bank USA N.A., Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14974336 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 17 2025 00:45:00 | Chime, Attn: Bankruptcy, 101 California St, Ste 500, San Francisco, CA 94111-3580 |
| 14974337 | | Email/Text: omx-bnc-bk-notices@chime.com | Oct 17 2025 00:45:00 | Chimefinal, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 14974338 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 17 2025 00:45:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14974339 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:32 | Credit One Bank N.A., Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14974340 | + | Email/Text: duffyk@co.delaware.pa.us | Oct 17 2025 00:45:00 | Delaware County Tax Claim Bureau, 201 W. Front St., Media, PA 19063-2768 |
| 14991184 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 17 2025 00:45:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14974341 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 17 2025 00:45:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14974342 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2025 00:45:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14975444 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14974343 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 17 2025 00:45:00 | Liberty Mutual In. Co., Attn: Bankruptcy, 725 |

Case 25-10426-amc    Doc 36    Filed 10/18/25    Entered 10/19/25 00:40:04    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 155 | Total Noticed: 30 |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Canton St, Norwood, MA 02062-2679 |
| 14974344 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:19 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14974345 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 17 2025 00:45:00 | PECO, Attn: Bankruptcy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14977574 | ^ | MEBN | Oct 17 2025 00:39:19 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14974346 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14996998 | + | Email/PDF: ebnotices@pnmac.com | Oct 17 2025 00:56:35 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14974347 | | Email/PDF: ebnotices@pnmac.com | Oct 17 2025 00:56:18 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 14974348 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 17 2025 00:45:32 | Progressive, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 14985189 | | Email/Text: bankruptcy@springoakscapital.com | Oct 17 2025 00:45:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 14974349 | | Email/Text: bankruptcy@springoakscapital.com | Oct 17 2025 00:45:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 14974331 | | Email/Text: bankruptcy@springoakscapital.com | Oct 17 2025 00:45:00 | 12 First Electronic Bank, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 14975213 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 17 2025 01:44:45 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 12th Floor, 801 Market Street, Philadelphia, PA 19107 |
| 14991584 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 00:56:35 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14974351 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:28 | WEBBANK FINGERHUT, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025         Signature:    /s/Gustava Winters

District/off: 0313-2          User: admin                                                Page 3 of 3
Date Rcvd: Oct 16, 2025      Form ID: 155                                        Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Dominic A. Mini brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Dominic A. Mini                    )<br>)<br>)<br>Debtor(s).                         )<br>)<br>) | Case No. 25−10426−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: October 15, 2025                                                   For The Court

                                                                                          Ashely M. Chan
                                                                                          Chief Judge, United States Bankruptcy Court