Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Dominic A. Mini
237 Fairview Road
Crum Lynne, PA 19022

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-10426-AMC**

Petition Filed Date: 01/31/2025
341 Hearing Date: 02/28/2025
Confirmation Date: 10/15/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $125.00 | | 10/13/2025 | $383.00 | | 11/10/2025 | $383.00 | |
| 12/09/2025 | $235.00 | | 01/08/2026 | $360.00 | | 03/12/2026 | $400.00 | |
| 04/09/2026 | $400.00 | | 05/11/2026 | $360.00 | | 07/06/2026 | $800.00 | |

**Total Receipts for the Period: $3,446.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,073.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,115.00 | $3,115.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $617.28 | $0.00 | $617.28 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $785.77 | $0.00 | $785.77 |
| 4 | SPRING OAKS CAPITAL SPV LLC<br>»» 004 | Unsecured Creditors | $2,076.75 | $0.00 | $2,076.75 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $442.99 | $0.00 | $442.99 |
| 6 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $20,191.20 |
| 7 | VERIZON BY AIS AS AGENT<br>»» 007 | Unsecured Creditors | $421.45 | $0.00 | $421.45 |
| 8 | PENNYMAC LOAN SERVICES LLC<br>»» 8-2 | Mortgage Arrears | $3,889.68 | $254.85 | $3,634.83 |
| 9 | PENNYMAC LOAN SERVICES LLC<br>»» 8-2 | Mortgage Arrears | $6,130.80 | $401.68 | $5,729.12 |
| 10 | ADEPT HEALTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CHIME | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CHIME | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | LIBERTY MUTUAL INSURANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-10426-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PROGRESSIVE INSURANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,073.00 | Current Monthly Payment: | $353.00 |
| Paid to Claims: | $3,771.53 | Arrearages: | $562.00 |
| Paid to Trustee: | $301.47 | Total Plan Base: | $19,461.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.